# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO. 1:20-CV-00343-KDB

| | |
|---|---|
| CAYLEY MIRANDA PETTIT,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,[1]<br><br>Defendant. | ORDER |

**THIS MATTER** is before the Court on Plaintiff's motion to dismiss pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. (Doc. No. 15). For good cause shown, and without objection by opposing counsel, the Court will grant the motion.

**IT IS THEREFORE ORDERED** that this matter be **DISMISSED** with prejudice for the reasons stated above.

**SO ORDERED.**

Signed: September 14, 2021

Kenneth D. Bell
United States District Judge

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).